UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RUSSELL C. LEININGER,

    Plaintiff,

v.

LINDA K. PITTS,

    Defendant.

ORDER

Civil No. 07-1262-AS

---

HAGGERTY, Chief Judge:

    Magistrate Judge Ashmanskas referred to this court a Findings and Recommendation in this action [27]. The Findings and Recommendation recommends dismissing the complaint.

    The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B). *See also* Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

1 - ORDER

This court has examined the pleadings, motions, and underlying record. No clear error appears on the face of the record. The Findings and Recommendation is, therefore, adopted. Defendant's Motion to Dismiss [11] is GRANTED, and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 22 day of January, 2008.

                                            Ancer L. Haggerty
                                            United States District Judge

2 - ORDER